IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA     §     SEALED

                        §

v.                             §     No. 4:21-CR- 228

                        §     Judge   Mazzant

                        §

JEREMIAH JALANT CLARK (2)     §

**FILED**

**INDICTMENT**

**AUG 11 2021**

The United States Grand Jury charges:

Clerk, U.S. District Court
Texas Eastern

**Count One**

Violation: 18 U.S.C. §§ 922(u) & 2 Steal
Firearms from a Federally Licensed Firearms
Dealer; Aiding and Abetting)

On or about June 10, 2021, in the Eastern District of Texas, the defendants,

and JEREMIAH JALANT CLARK, while aiding and

abetting each other, did knowingly steal, unlawfully take, and carry away firearms which

had been previously shipped and transported in interstate commerce, that is, a Springfield

Armory, model XD9, 9mm caliber pistol, S/N: US866606 and a Smith & Wesson, model

M&P Shield, 9mm caliber pistol, S/N: LER7071, from Gunmaster, a federally licensed

firearms dealer, and which had been in Gunmaster's business inventory, in violation of

18 U.S.C. §§ 922(u) and 924(i)(1).

West et al Indictment
Page 1

### Count Two

Violation: 18 U.S.C. §§ 922(j) & 2 (Receive,
Possess, Conceal and Dispose of Stolen
Firearms; Aiding and Abetting)

On or about June 10, 2021, in the Eastern District of Texas, the defendants,

████████████ and JEREMIAH JALANT CLARK, while aiding and

abetting each other, did knowingly receive, possess, conceal, store, barter, sell, and

dispose of stolen firearms, that is, a Springfield Armory, model XD9, 9mm caliber pistol,

S/N: US866606 and a Smith & Wesson, model M&P Shield, 9mm caliber pistol, S/N:

LER7071, which had been previously shipped and transported in interstate commerce,

knowing and having reasonable cause to believe the firearms were stolen, in violation of

18 U.S.C. §§ 922(j) and 924(a)(2).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d)

As a result of committing the felony offense in violation of 18 U.S.C. §§ 922(u)

and (j) alleged in this Indictment, defendants, ████████████ and

JEREMIAH JALANT CLARK shall forfeit to the United States, pursuant to 18 U.S.C. §

924(d), all firearms and ammunition involved in the offense, including but not limited to

the following:

1. Springfield Armory, model XD9, 9mm caliber pistol, S/N: US866606;
2. Smith & Wesson, model M&P Shield, 9mm caliber pistol, S/N: LER7071; and
3. Any ammunition related to this case.

**West et al Indictment**
**Page 2**

By virtue of the commission of the offenses alleged in this Indictment, any and all interest the defendants have in the above-described property is vested in and forfeited to the United States.

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

Date: August _12_, 2021.

**West et al Indictment**
**Page 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | **SEALED** |
|---|---|---|
| | § | |
| v. | § | No. 4:21-CR- |
| | § | Judge |
| | § | |
| JEREMIAH JALANT CLARK (2) | § | |

## **NOTICE OF PENALTY**

### **Counts One and Two**

Violation:     18 U.S.C. §§ 922(u), 922(j) & 2

Penalty:     Imprisonment for a term of not more than ten years and a fine of not more than $250,000 or both; supervised release of not more than 3 years.

Special Assessment: $100.00

**West et al Indictment**
**Page 4**